

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BRIAN HARRIS AND DON HARRIS, Individually and in their Capacity as Derivative Plaintiffs prosecuting the claims of PURE WATER GLOBAL, INC., and SIRRAHCO, INC.<br><br>Plaintiffs,<br><br>v.<br><br>PURE WATER GLOBAL INC., ARTESIAN OF PIONEER, INC., KEXON INC. f/k/a/ PIONEER DRUG COMPANY, INC., EDWARD A. KIDSTON, CLARA B. KIDSTON, JODEE DAVIS, ANN L. KIDSTON, and PURE WATER GLOBAL, LTD., JOINTLY AND SEVERALLY<br><br>Defendants. | § § § § § § § § § § § § § § § § § § § | NO. _____<br><br>3-09CV2284-F |

## DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS

Defendants Artesian of Pioneer, Inc., Kexon Inc. f/k/a Pioneer Drug Company, Inc., Edward A. Kidston, Clara B. Kidston, Jodee Davis, Ann L. Kidston, and Pure Water Global, Ltd. file this Certificate of Interested Persons and would show the Court that the following persons and entities may have a financial interest in the outcome of the above-entitled and numbered cause:

1. Brian Harris

2. Don Harris

3. Pure Water Global, Inc.[1]

4. Sirrahco, Inc.

5. Artesian of Pioneer, Inc. f/k/a Pioneer Drug Company, Inc.

---

[1] Pure Water Global, Inc. has a large number of shareholders who may have a financial interest in the outcome of this case. However, pursuant to Local Rule 3.2(e), the shareholders are not being listed individually herein.

6.  Edward A. Kidston

7.  Clara B. Kidston

8.  Jodee Davis

9.  Ann L. Kidston

10. Pure Water Global, Ltd.

Respectfully submitted,

*/s/ Phil C. Appenzeller, Jr.*

Phil C. Appenzeller, Jr.
State Bar No. 24003710
Ross H. Parker
State Bar No. 24007804
MUNSCH HARDT KOPF & HARR, P.C.
3800 Lincoln Plaza
500 N. Akard Street
Dallas, Texas 75201-6659
(214) 855-7500
(214) 855-7584 (fax)

ATTORNEYS FOR DEFENDANTS ARTESIAN OF PIONEER, INC., KEXON INC. F/K/A PIONEER DRUG COMPANY, INC., EDWARD A. KIDSTON, CLARA B. KIDSTON, JODEE DAVIS, ANN L. KIDSTON, AND PURE WATER GLOBAL, LTD.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Defendants' Certificate of Interested Persons has been served on the following counsel by means of hand-delivery on this 1st day of December, 2009:

>Lloyd E. Ward
>LLOYD WARD & ASSOCIATES, P.C.
>17120 N. Dallas Parkway, Suite 235
>Dallas, Texas 75248
>
>*Attorney for Plaintiffs*
>
>Darin Klemchuk
>KLEMCHUK KUBASTA, LLP
>Campbell Centre II
>8150 North Central Expy., Suite 1150
>Dallas, TX 75206
>
>*Attorney for Nominal Defendant Pure Water Global, Inc.*

_____
Phil C. Appenzeller, Jr.